## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

07CV 6112
JUDGE FILIP
MAGISTRATE JUDGE COLE

In the Matter of

Noe Martinez v. John Heleas and the City of Chicago

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
NOE MARTINEZ

JH

FILED
OCT 2 9 2007 NF
OCT. 29, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) Michael Oppenheimer |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ |
| FIRM Civil Rights Center |
| STREET ADDRESS 4554 N Broadway, Suite 325 |
| CITY/STATE/ZIP Chicago IL 60640 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6202614 | TELEPHONE NUMBER 773 510 3648 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐