# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NOE MARTINEZ individually, | ) | |
| and on behalf of all others | ) | Civil Action |
| similarly situated, | ) | No. 07 cv 6112 |
| Plaintiff, | ) | **CLASS ACTION** |
| | ) | **COMPLAINT** |
| vs. | ) | |
| | ) | |
| Chicago Police Officer | ) | |
| OFFICER JOHN HALEAS (STAR# 6719) | ) | Honorable Judge Filip |
| and CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| EDUARD ALMARAZ, on behalf of | ) | |
| Himself and other similarly situated | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 cv 6134 |
| vs. | ) | |
| | ) | |
| OFFICER HALEAS, TERRY HILLARD | ) | |
| LORI LIGHTFOOT, TISA MORRIS, | ) | Honorable Judge Hart |
| PHILLIP CLINE, MAYOR RICHARD | ) | |
| DALEY, and the CITY OF CHICAGO, | ) | |
| Defendants. | ) | |

## MOTION TO REASSIGN RELATED CASE
## PURSUANT TO LOCAL RULE 40.4

Plaintiffs, NOE MARTINEZ and all other similarly situated persons who were arrested for Driving Under the Influence of Alcohol, pursuant to 625 ILCS 5/11-501, et seq., by Police Officer John Haleas, Star# 6719 (hereinafter collectively referred to as Plaintiffs), by and through their counsel, THE CIVIL RIGHTS CENTER, and moves pursuant to Federal Rules of Civil Procedure Rule 40, and Local Rule 40.4, with the instant Motion to Reassign Related Case, and in support states as follows:

**Background**

1. Plaintiff Noe Martinez filed his Class Action Complaint (hereinafter referred to as the "Martinez Class Action Complaint") in this matter on October 29, 2007. It is numbered 07 cv 6112.

2. In the Martinez Class Action Complaint, Martinez purports to represent all Illinois residents that were falsely arrested and falsely charged for Driving Under the Influence of Alcohol by Defendant Officer Haleas as a result of the City of Chicago's *de facto* policies that encourage false arrests and due process violations. The class period is two years and alleges that Defendant Officer Haleas, acting under the color of law unlawfully seized and falsely imprisoned Plaintiff Martinez, wrote false police reports and complaints to misinform prosecutors of the basis for charges, withheld exculpatory evidence and instituted criminal proceedings without a lawful basis, in violations of Plaintiff's due process and other rights.

3. The Martinez Complaint seeks a class just as to the *Monell* claim, but makes individual non-class allegations against Haleas.

4. Martinez, individually and on behalf of all those similarly situated, seeks redress pursuant to 42 U.S.C §1983 for the deprivation of certain rights under color of law as secured by the Constitution of the United States of America.

5. On, October 30, 2007, Eduardo Almarez, by and through his attorney, Blake Horowitz, filed a Class Action Complaint in the Northern District of Illinois Eastern Division captioned *Almaraz v. Officer Haleas et al.,* case number 07 CV 6134, and is currently pending before Judge Hart and Magistrate Judge Cox (hereinafter referred to as the "Almarez Class Action Complaint"). A true and correct copy of the Almaraz

Class Action Complaint is attached hereto as <u>Exhibit 1</u>.

6. In the Almaraz Class Action Complaint, Almarez purports to represent all Illinois residents that were falsely arrested and falsely charged for Driving Under the Influence of Alcohol by Defendant Officer Haleas as a result of the City of Chicago's *de facto* policies that encourage false arrests and due process violations.

7. The Almaraz Class Action Complaint alleges that Defendant Officer Haleas, acting under the color of law unlawfully seized and falsely imprisoned Plaintiff Almaraz, wrote false police reports and complaints, testified falsely and instituted criminal proceedings without a lawful basis, in violations of Plaintiff's due process and other rights.

8. Like Martinez, Almaraz,  seeks redress pursuant to 42 U.S.C §1983 for the deprivation of certain rights under color of law as secured by the Constitution of the United States of America.

**Analysis**

9. As an initial matter, Martinez notes that the Martinez claim is the lower numbered claim, consequently, the instant motion is properly filed in this case (regardless of who files the motion).  See Local Rule 40.4.  Further, the Martinez Class Action Complaint and the Almaraz Class Action Complaint involve identical proposed classes, and identical issues of fact, as both named plaintiffs purport to represent all victims of Chicago Police Officer John Haleas, Star # 6719 who illegally seized and falsely arrested them and further swore out false complaints and misinformed prosecutors in an effort to maliciously prosecute them. Further, both seek redress on the exact same de facto city policies that encourage false arrests and malicious

prosecutions.

10. The Martinez Class Action Complaint and the Almaraz Class Action Complaint also involve the same or similar issues of fact and law, as each Class Action Complaint contains causes of action alleging violations of 42 U.S.C. §1983 of the United States Constitution by the City of Chicago.

11. Both the Martinez Class Action Complaint and the Almaraz Class Action Complaint are currently pending in the Northern District of Illinois, the handling of the Martinez and Horowitz cases by the same judge is likely to result in a substantial saving of judicial time and effort, the cases are capable of disposition in a single proceeding and the Martinez litigation has not progressed to the point where designating the Almaraz litigation as related would delay the proceedings in any manner. There has been no responsive pleading (or motions of any kind) from Defendants in either the Martinez or Almaraz cases.

12. Lastly, although answers and motions have not been filed in either case, the recommendation under Local Rule 40.4(c) that motions such as the instant motion not be filed until after the filing of answers is just that—a recommendation.

13. Further, as the rule states, the primary purpose of this recommendation is to allow all parties to respond to the motion.  In the Almaraz case, attorneys have already entered their appearance.  And in the instant case, although no appearance has been entered, both Michael Forti and Mardell Nereim of the City's Law Department have contacted counsel for Martinez, and stated that they would be filing appearances.  All defense attorneys were served with the instant motion.

14. Given that all defense attorneys have been served, the fact that no answer has been

filed yet means that a hearing on this motion will actually be more judicially

economical.


WHEREFORE, Plaintiff, Noe Martinez, individually and on behalf of the class he

purports to represent, respectfully request that the Almarez Case, Number 07 CV6134, be

reassigned and consolidated with the earlier-filed Martinez Case Number 07 C 6112,

pursuant to Local Rule 40.4.


Respectfully Submitted,


/s/ Brendan Shiller /s/                                              /s/ Jon Erickson /s/

Brendan Shiller                                                      Jon Erickson

CIVIL RIGHTS CENTER                                                  CIVIL RIGHTS CENTER
Law Office of Brendan Shiller, LLC                                   Erickson & Oppenheimer
36 S. Wabash, Suite 1310                                            1051 W. Belmont
Chicago, IL 60603                                                    Chicago, IL 60657
312-332-6462                                                         773-875-4646
ARDC: 6279789                                                        ARDC: 6205277

## CERTIFICATE OF SERVICE

The undersigned attorney states that the attached motion was served upon Terrence Burns and Daniel Noland by email and U.S. Mail, that attorneys Mardell Nereim and Michael Forti were served by email, and that attorneys Blake Horwitz and Amanda Yarusso were served by U.S. Mail and email on Friday, November 23, 2007.

**Terrence Michael Burns**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: tburns@dykema.com

**Daniel Matthew Noland**
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: dnoland@dykema.com

**Blake Wolfe Horwitz**
Law Office of Blake Horwitz
155 North Michigan Avenue , Suite 723
(312) 6l6-4433
Email: lobh@att.net

**Amanda Sunshine Yarusso**
Law Offices of Blake Horwitz
155 North Michigan Avenue , Suite 723
Chicago, IL 60601
Email: asyarusso@att.net

**Michael Forti**
mforti@cityofchicago.org

**Mardell Nereim**
mnereim@cityofchicago.org


/s/ Brendan Shiller /s/

Brendan Shiller

CIVIL RIGHTS CENTER
Law Office of Brendan Shiller, LLC
36 S. Wabash, Suite 1310
Chicago, IL 60603
312-332-6462
ARDC: 6279789