## IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NOE MARTINEZ individually, | ) | |
| and on behalf of all others | ) | Civil Action |
| similarly situated, | ) | No. 07 cv 6112 |
|     Plaintiff, | ) | **CLASS ACTION** |
| | ) | **COMPLAINT** |
| vs. | ) | |
| | ) | |
| Chicago Police Officer | ) | |
| OFFICER JOHN HALEAS (STAR# 6719) | ) | Honorable Judge Filip |
| and CITY OF CHICAGO, | ) | |
|     Defendants. | ) | |

| | | |
|---|---|---|
| EDUARD ALMARAZ, on behalf of | ) | |
| Himself and other similarly situated | ) | |
|     Plaintiff, | ) | |
| | ) | No. 07 cv 6134 |
| vs. | ) | |
| | ) | |
| OFFICER HALEAS, TERRY HILLARD | ) | |
| LORI LIGHTFOOT, TISA MORRIS, | ) | Honorable Judge Hart |
| PHILLIP CLINE, MAYOR RICHARD | ) | |
| DALEY, and the CITY OF CHICAGO, | ) | |
|     Defendants. | ) | |

### NOTICE OF MOTION

To:  **Terrence Michael Burns**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Email: tburns@dykema.com

**Daniel Matthew Noland**
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Email: dnoland@dykema.com

**Blake Wolfe Horwitz**
Law Office of Blake Horwitz
155 North Michigan Avenue , Suite 723
Email: lobh@att.net

**Amanda Sunshine Yarusso**
Law Offices of Blake Horwitz
155 North Michigan Avenue , Suite 723
Chicago, IL 60601
Email: asyarusso@att.net

**Michael Forti**
mforti@cityofchicago.org

**Mardell Nereim**
mnereim@cityofchicago.org

    PLEASE TAKE NOTICE that on Thursday, November 29, at 9:30 a.m., before the Honorable Judge Filip, I will present the attached Motion, copies of which are served upon you by attachment.

/s/ Brendan Shiller/s/
Brendan Shiller

**PROOF OF SERVICE**

      The undersigned attorney, on oath, states that he served the above notice and the document referred therein, on the above named person(s), either by U.S. mail and/or by email.

/s/ Brendan Shiller /s/
Law Office of Brendan Shiller, LLC
36 S Wabash Ave., Suite 1310
Chicago IL 60603
312.332.6462
ARDC: 6279789