## IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| NOE MARTINEZ individually, and on behalf of all others similarly situated,<br>      Plaintiff,<br><br>vs.<br><br>Chicago Police Officer<br>OFFICER JOHN HALEAS (STAR# 6719) and CITY OF CHICAGO,<br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action<br>No. 07 cv 6112<br>**CLASS ACTION**<br>**COMPLAINT**<br><br><br>Honorable Judge Filip |
| EDUARD ALMARAZ, on behalf of Himself and other similarly situated<br>      Plaintiff,<br><br>vs.<br><br>OFFICER HALEAS, TERRY HILLARD LORI LIGHTFOOT, TISA MORRIS, PHILLIP CLINE, MAYOR RICHARD DALEY, and the CITY OF CHICAGO,<br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. 07 cv 6134<br><br><br><br>Honorable Judge Hart |

### NOTICE OF MOTION

To: **Terrence Michael Burns**
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Email: tburns@dykema.com

**Daniel Matthew Noland**
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Email: dnoland@dykema.com

**Blake Wolfe Horwitz**
Law Office of Blake Horwitz

155 North Michigan Avenue , Suite 723
Email: lobh@att.net

**Amanda Sunshine Yarusso**
Law Offices of Blake Horwitz
155 North Michigan Avenue , Suite 723
Chicago, IL 60601
Email: asyarusso@att.net

**Michael Forti**
mforti@cityofchicago.org

**Mardell Nereim**
mnereim@cityofchicago.org

      PLEASE TAKE NOTICE that on Thursday, December 4, at 9:30 a.m., before the Honorable Judge Filip, I will present the attached Motion, copies of which are served upon you by attachment.

/s/ Brendan Shiller/s/
Brendan Shiller

**PROOF OF SERVICE**

   The undersigned attorney, on oath, states that he served the above notice and the document referred therein, on the above named person(s), either by U.S. mail and/or by email.

/s/ Brendan Shiller /s/
Law Office of Brendan Shiller, LLC
36 S Wabash Ave., Suite 1310
Chicago IL 60603
312.332.6462
ARDC: 6279789