UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Noe Martiez
                    Plaintiff,

v.                                    Case No.: 1:07−cv−06112
                                      Honorable Mark Filip

John Haleas, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, December 4, 2007:

        MINUTE entry before Judge Mark Filip : MOTION by Plaintiff Noe Martinez to
reassign case [9] pursuant to rule 40.4 is entered and continued to 1/11/08 at
9:45a.m.Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.