**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**NOE MARTINEZ**<br>v.<br>**CITY OF CHICAGO, ET AL** | Case Number: **07 CV 6112** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**OFFICER JOHN HALEAS AND THE CITY OF CHICAGO**

| |
|---|
| NAME (Type or print)<br>**Terrence M. Burns** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   **s/ Terrence M. Burns (ARDC #3122331)** |
| FIRM<br>**Dykema Gossett PLLC** |
| STREET ADDRESS<br>**10 S. Wacker Drive, Suite 2300** |
| CITY/STATE/ZIP<br>**Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC No. 3122331 | (312) 876-1700 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2007 I electronically filed the foregoing **Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Brendan Shiller**
**Jon F Erickson**
**Michael Oppenheimer**
Civil Rights Center, PC
4544 N. Broadway
Chicago, IL 60640
(773)907-0940
Email: brendan@shillerlaw.com

s/Terrence M. Burns  (ARDC No. 3122331)

Terrence M. Burns