U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 CV 6112
NOE MARTINEZ
Plaintiff,
v.
CITY OF CHICAGO, ET AL
Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OFFICER JOHN HALEAS AND THE CITY OF CHICAGO

| | |
|---|---|
| NAME (Type or print) <br> Gregory L. Lacey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gregory L. Lacey | |
| FIRM <br> Dykema Gossett PLLC | |
| STREET ADDRESS <br> 10 S. Wacker Drive, Ste. 2300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6239392 | TELEPHONE NUMBER <br> (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2007, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Brendan Shiller
Jon F. Erickson
Michael Oppenheimer
Civil Rights Center, PC
4554 N. Broadway
Chicago, Illinois 60640
(773) 907-0940
Email: Brendan@shillerlaw.com

                                                        s/ Gregory L. Lacey (ARDC No. 6239392)
                                                        Gregory L. Lacey