IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICER JOHN HALEAS AND THE CITY OF CHICAGO,<br><br>    Defendants. | Case No.  07 C 6112<br><br>Judge Filip<br><br>Magistrate Judge Cole |

## MOTION FOR EXTENSION OF TIME

Defendants, Officer John Haleas and the City of Chicago ("Defendants"), by their attorneys, Dykema Gossett PLLC, for their Motion for Extension of Time to Answer or Otherwise Plead, state as follows:

1. On October 29, 2007, Plaintiff filed his Complaint, individually and on behalf of all others similarly situated, which includes allegations arising out of alleged misconduct by Officer Haleas, and asserts, *inter alia*, unlawful seizure, *Monell*, malicious prosecution and Section 1983 claims.  (*See* Dkt. 1)

2. Terrence M. Burns of Dykema Gossett PLLC has been retained and appeared as counsel for Defendant.  (*See* Dkt. 14)

3. On November 23, 2007, Plaintiff filed a Motion to Reassign Related Case pursuant to Local Rule 40.4, seeking to reassign and consolidate another matter styled *Almaraz v. City of Chicago, et al.*, Case No. 07 CV 6134.  (*See* Dkt. 9)  The motion was presented on December 4, 2007.  At Plaintiff's request, the Court continued the Motion to Reassign to January 11, 2008 (because counsel for the *Almaraz* Plaintiffs was not present).  Thus the Court has not

been made a ruling as to whether *Almaraz* will be reassigned to this docket and whether the *Martinez* and *Almaraz* matters will be consolidated.

4.      Defendants have not filed their responsive pleading in this matter (or in the *Almaraz* matter). Defendants submit that a substantial saving of legal and judicial resources would result if the due date for their responsive pleading is continued until after this Court (or another judge sitting in Judge Filip's stead, in light of Judge Filip's recent appointment) rules on the pending Motion to Reassign. Only after the Court rules on the Motion to Reassign will the Parties know whether the two matters will be consolidated, and if so, the scope of the consolidation and whether it would apply to pleadings, discovery, or something different. It is also possible that if the matters are consolidated, the consolidated Plaintiffs will seek to file an amended consolidated class action complaint. Hence, judicial economy and efficiency dictate that the parties should await the ruling by this Court before Defendants are required to file their responsive pleading, since it is possible, if not likely, that the complaint will change.

5.      Accordingly, Defendants respectfully request an extension of time to answer or otherwise plead to the Complaint, to a date twenty-one (21) days after the issue of consolidation is resolved.

6.      A similar motion has been filed in the *Almaraz* matter and is pending before the Honorable Judge William T. Hart. (*See Almaraz* Dkt 22).

7.      Plaintiffs will not be prejudiced by granting the relief requested in this motion. Moreover, on December 17, 2007, the undersigned counsel conversed with Mr. Brendan Shiller, counsel for Plaintiff, regarding this motion. The undersigned counsel was advised that Plaintiff has no objections to the instant motion.

WHEREFORE, Defendants, Officer John Haleas and the City of Chicago, request an extension of time of twenty-one (21) days after the Court rules on the pending Motion to Reassign, to answer or otherwise plead to the Complaint.

Dated: December 18, 2007                                   Respectfully submitted,

                                                                                     s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns                                          One of the Attorneys for Defendants, Officer
Daniel M. Noland                                           John Haleas and the City of Chicago
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## CERTIFICATE OF SERVICE

I, Gregory Lacey, an attorney, hereby certify that on December 18, 2007, I caused the foregoing **Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed below:

Brendan Shiller
Jon F. Erickson
Michael Oppenheimer
Civil Rights Center, PC
4554 N. Broadway
Chicago, Illinois 60640
(773) 907-0940
Email:  Brendan@shillerlaw.com

                                               s/Gregory L. Lacey  (ARDC No. 6239392)
                                               Gregory L. Lacey

CHICAGO\2407042.1
ID\GLL