UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Noe Martiez
                Plaintiff,

v.                                      Case No.: 1:07−cv−06112
                                             Honorable Mark Filip

John Haleas, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Mark Filip dated 1/14/08:Motion hearing held on 1/15/2008 regarding plaintiff's motion to reassign case. (9). The City is granted a stay in filing an answer until the Court resolves the motion to conslidate. Status hearing is set for 1/22/08 at 9:30 a.m.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.