# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Noe Martinez

          Plaintiff,

v.

                                          Case No.: 1:07−cv−06112

John Haleas, et al.                       Honorable Mark Filip

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Mark Filip dated 1/18/08:Plaintiff's Motion to reassign case [9] is withdrawn without prejudice. Motion termiated. The stay on the time for defendants to answer or otherwise plead is lifted. The Parties are still to appear for the status hearing on 1/22/08 at 9:30 a.m. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.