**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Noe Martinez
                Plaintiff,

v.                                  Case No.: 1:07−cv−06112
                                  Honorable Mark Filip

John Haleas, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 22, 2008:

      MINUTE entry before Judge Mark Filip :Status hearing held on 1/22/2008. Defendants are given twenty−one days in which to answer or otherwise plead to plaintiff's complaint. Status hearing is continued to 2/12/2008 at 09:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.