IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ, | |
|     Plaintiff, | |
|   vs. | Case No.  07 C 6112 |
| OFFICER JOHN HALEAS AND THE CITY OF CHICAGO, | Judge Filip |
|     Defendants. | Magistrate Judge Cole |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants, Officer John Haleas ("Haleas") and the City of Chicago ("City") (collectively, "Defendants"), by their attorney, Terrence M. Burns of Dykema Gossett PLLC, and for their Motion for Extension of Time to File their responsive pleading to Plaintiff's Complaint, state as follows:

1. On October 29, 2007, Plaintiff filed his class action Complaint against Haleas and the City.  (Dkt. 1)  On November 23, 2007, Plaintiff filed a Motion to Reassign pursuant to Rule 40.4 (Dkt. 9).  Plaintiff's motion sought to reassign and consolidate the instant case with another matter, *Almaraz v. Haleas, et al.*, 0C07 C 6134, currently pending in the Northern District of Illinois.

2. On December 4, 2007, Plaintiff's Motion to Reassign was entered and continued to January 11, 2008.  (Dkt. 12).  In the interim, counsel for Defendants file their appearance on December 17, 2007.  (Dkt. 14, 15, 16).

3. On January 15, 2008, the Court entered an order staying the filing of Defendants' responsive pleading until the motion to reassign/consolidate was resolved.  (Dkt. 21).  However,

on January, 18, 2008, Plaintiff withdrew his motion. (Dkt. 23). The Court then lifted the stay as to the time Defendants were to file their responsive pleading. *Id*.

4. On January 22, 2008, the Court entered an Order allowing Defendants twenty-one (21) days, or until February 12, 2008, to file their responsive pleading. (Dkt. 24).

5. At this time, Defendants are requesting additional time, up to February 20, 2008, to file their responsive pleading.

6. The undersigned counsel has conversed via telephone with Plaintiff's counsel regarding the instant motion, and Plaintiff's counsel has no objection to the request for an extension of time. Moreover, Plaintiff will not be unduly prejudiced if the request for additional time is granted.

WHEREFORE, Defendants, Officer John Haleas and the City of Chicago, request that this Court grant their motion for an extension of time, up to February 20, 2008, to file their responsive pleading to Plaintiff's Complaint.

Dated: February 12, 2008                                  Respectfully submitted,

                                                          s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns                                         One of the Attorneys for Defendants,
Daniel M. Noland                                          OFFICER JOHN HALEAS AND CITY OF
Gregory L. Lacey                                          CHICAGO
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

## **CERTIFICATE OF SERVICE**

I, Gregory Lacey, an attorney, hereby certify that on February 12, 2008, I caused the foregoing **Defendants' Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed below:

Brendan Shiller
Jon F. Erickson
Michael Oppenheimer
Civil Rights Center, PC
4544 North Broadway
Chicago, Illinois  60640
773.907.0940

s/ Gregory L. Lacey (ARDC No. 6239392)
Gregory L. Lacey

CHICAGO\2422575.1
ID\GLL