IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ,<br><br>   Plaintiff,<br><br>vs.<br><br>OFFICER JOHN HALEAS AND THE CITY OF CHICAGO,<br><br>   Defendants. | Case No.  07 C 6112<br><br>Judge Filip<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on February 20, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Filip at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, in Courtroom 1919, and present the attached **Defendants' Motion for Extension of Time.**  A copy of which is hereby served upon you.

Dated: February 12, 2008          Respectfully submitted,


                                  s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns                 One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606

CHICAGO\2407811.1
ID\GLL

## CERTIFICATE OF SERVICE

I, Gregory Lacey, an attorney, hereby certify that on February 12, 2008, I caused the foregoing **Defendants' Motion for Extension of Time** to be served by CM/ECF Noticing on the parties listed below:

Brendan Shiller
Jon F. Erickson
Michael Oppenheimer
Civil Rights Center, PC
4554 N. Broadway
Chicago, Illinois 60640
(773) 907-0940
Email:  Brendan@shillerlaw.com

                                                s/Gregory L. Lacey  (ARDC No. 6239392)
                                                Gregory L. Lacey