## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Noe Martinez

              Plaintiff,

v.

John Haleas, et al.

              Defendant.

Case No.: 1:07–cv–06112

Honorable Mark Filip

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

      MINUTE entry before Judge Mark Filip dated 2/14/08:Defendants' Motion for extension of time, [26] up to and including 2/20/08, in which file their responsive pleading to plaintiff's complaint is granted. Motion terminated. The status hearing set for 2/19/08 is reset to 2/21/2008 at 09:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.