# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Noe Martinez

                            Plaintiff,

v.                                          Case No.: 1:07–cv–06112

                                            Honorable Mark Filip

John Haleas, et al.

                            Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

        MINUTE entry before Judge Mark Filip :Status hearing held on 2/20/2008. Plaintiff fails to appear. Defense counsel appears. Defendants oral motion to further extend time to file responsive plead until 2/22/08 is granted. Status hearing set for 3/12/2008 at 09:30 AM.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.