IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

KC FILED
FEB 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NOE MARTINEZ individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Chicago Police Officer OFFICER JOHN HALEAS (STAR# 6719) and CITY OF CHICAGO,<br><br>Defendants. | Civil Action No. 07C 6112<br><br>**CLASS ACTION COMPLAINT** |

## MOTION TO WITHDRAW

1. Attorney Brendan Shiller is one of three (3) counsel currently representing Plaintiff, Martinez. Attorney Shiller was not retained directly by the Plaintiff, but was retained by co-counsel, Attorneys Jon Erickson and Michael Oppenheimer.

2. Both Attorneys Erickson and Oppenheimer are familiar with the facts and law in the case and Plaintiff Martinez will not be harmed in any manner by the withdrawal of Attorney Shiller.

3. Previously, Attorney Shiller had a joint venture with Attorneys Erickson and Oppenheimer to help prosecute certain cases including the instant case. That agreement has since ended. Plaintiff has been informed of Attorney Shiller's intention to withdraw and has no objection.

4. The case is not in a posture where the withdrawal of Attorney Shiller will have any impact on the ability of all parties to go forward.

**Conclusion**

For the reasons stated above, Brendan Shiller, respectfully requests the leave of this Honorable Court to allow him to file his withdrawal in the above captioned case.

Respectfully submitted,

Brendan Shiller
Law Office of Brendan Shiller, LLC
4554 N. Broadway, Suite 325
Chicago, IL 60640
773.907.0940
ARDC: 6209789