IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| NOE MARTINEZ individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Chicago Police Officer OFFICER JOHN HALEAS (STAR# 6719) and CITY OF CHICAGO, <br><br> Defendants. | Civil Action <br> No. 07C 6112 <br><br> **CLASS ACTION COMPLAINT** <br><br> Judge Filip |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 9:30 am, before the Honorable Judge Filip, I will present the attached Motion for Leave to Withdraw, copies of which will be submitted via U.S. Mail to the following:

Mardell Nereim
City of Chicago Department of Law
30 North LaSalle Street, Suite 1400
Chicago, IL 60602

Gregory Lacey
Dykema Gossett PLLC
10 S. Wacker Drive, Suite 2300
Chicago, IL 60606

Respectfully submitted,

_____
Brendan Shiller

1

## PROOF OF SERVICE

  The undersigned attorney, on oath, states that he served the above notice and the document referred therein, on the above named person(s), via U.S. Mail on February 26, 2008.

_____

Law Office of Brendan Shiller, LLC
4554 N. Broadway, Suite 325
Chicago, IL 60640
312.332.6462
ARDC: 6279789