## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Noe Martinez
                    Plaintiff,

v.
                                    Case No.: 1:07−cv−06112
                                    Honorable Mark Filip

John Haleas, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

    MINUTE entry before Judge Mark Filip dated 2/27/08:Attorney BrendanShiller's Motion to withdraw as attorney [31] for plaintiff is granted. Attorney Brendan Shiller terminated as counsel for plaintiff. Attorneys Joe Erickson and Michael Oppenheimer will remain as counsel for plaintiff. Motion terminated. The motion hearing set for 3/6/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.