# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Mark Filip will be resigning his commission as a United States District Judge for the Northern District of Illinois and has been appointed by the President of the United States and confirmed by the Senate to serve as Deputy Attorney General of the United States, therefore

It is hereby ordered that the cases comprising Judge Filip's entire pending docket are to be reassigned to other judges of this Court as indicated on the attached list.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
James F. Holderman
Chief Judge

Dated at Chicago, Illinois this 6th day of March, 2008.

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Wayne R. Andersen

| | |
|---|---|
| 1:04-cv-00047 | Walden v. City of Chicago |
| 1:05-cv-03910 | Holm et al v. Village of Coal City, et al. |
| 1:06-cv-05792 | Hughes v. Krause et al. |
| 1:06-cv-07182 | Radziewicz, et al. v. Triad Financial |
| 1:07-cv-03500 | Naik v. Boehringer Ingelheim Pharmaceuticals, Inc. |
| 1:07-cv-04490 | Ahmad v. Dart, et al. |
| 1:07-cv-05666 | Dicam, Inc. v. United States Cellular |
| 1:07-cv-05999 | Thomas v. Perez, et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Elaine E. Bucklo

| | |
|---|---|
| 1:04-cv-07822 | Davis, et al. v. Hindsley |
| 1:05-cv-02371 | Commision on Massage Therapy v. Lattanzio, et al. |
| 1:06-cv-01465 | Larmena v. Chicago Transit Authority |
| 1:06-cv-02835 | Cravens v. Northeast Illinois Regional RR Corp. |
| 1:07-cv-01336 | Falco, et al. v. Automatic Data Processing, Inc. |
| 1:07-cv-01666 | Cunningham v. Urban Trust Bank, FSB |
| 1:07-cv-04457 | Jones v. Dominick's |
| 1:07-cv-04980 | Herrera v. Sheriff of Cook County, et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Ruben Castillo

| | |
|---|---|
| 1:03-cv-08289 | Jackson v. City of Chicago, et al. |
| 1:05-cv-07126 | Federal Insurance Co v. First Mutual Bancorp of IL |
| 1:06-cv-04183 | Seamon v. Doe |
| 1:07-cv-00943 | Wellpoint Health Networks et al v John Hancock Life Ins |
| 1:07-cv-01831 | Barone et al v. Cooke, et al. |
| 1:07-cv-04114 | Alvarado v. Alliance Grove |
| 1:07-cv-04833 | Krog v. Sheet Metal Workers' Local Union 265 |
| 1:07-cv-06337 | Campbell v. Haberkorn et al |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. David H. Coar

| | |
|---|---|
| 1:05-cv-01687 | Abercrombie v. Argent Mortgage Co |
| 1:06-cv-00448 | Stock v. Uchtman, et al. |
| 1:06-cr-00495 | United States v. Jordan |
| 1:06-cv-03479 | Brown v. Bartley, et al. |
| 1:07-cv-03562 | Porter v. United Global National |
| 1:07-cv-03921 | Earnsmuth v. Village Of Lansing |

| | |
|---|---|
| 1:07-cv-05808 | Marsh et al v. ATM Capital Management |
| 1:07-cv-06251 | Jones v. City of Chicago, et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Suzanne B. Conlon

| | |
|---|---|
| 1:03-cv-07767 | Grand Pier Center v. MCL Companies |
| 1:06-cv-05987 | Chicago Truck Drivers, Helpers and W |
| 1:06-cv-06280 | McCready v. Hollywood Collision Center |
| 1:07-cv-01175 | Kasper v. Tricam Industries, Inc et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. John W. Darrah

| | |
|---|---|
| 1:04-cv-01798 | Vazquez v. Central St Joint |
| 1:06-cv-00259 | Evans v. Pierce, et al. |
| 1:06-cv-02505 | Elrod v. Yerke, et al. |
| 1:06-cv-06302 | Fednav International Ltd. v. Continental Ins |
| 1:07-cv-03042 | Dugan et al v. JLA & Sons Construction |
| 1:07-cv-04132 | Tadros et al v. Village of Hazel Crest |
| 1:07-cv-05127 | Suggs v. Superior Uniform Group, Inc |
| 1:07-cv-06154 | Lenzen v. Legal Advantage, LLC et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Samuel Der-Yeghiayan

| | |
|---|---|
| 1:00-cr-00891 | United States v. Davlantis |
| 1:04-cv-04159 | Mendez v. Perla Dental, et al. |
| 1:05-cv-02933 | Nilssen et al v. Magnetek, Inc. |
| 1:05-cv-04620 | Kodish v. Oakbrook Terrace Fire Protection |
| 1:06-cv-05121 | Jenkins v. Awya |
| 1:06-cv-06139 | Wire v. Harrah's Indiana Casino Corp |
| 1:07-cv-02652 | Martinez et al v. PNJ, Inc., et al. |
| 1:07-cv-04160 | Borom v. Sheriff of Will County, et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Robert M. Dow, Jr.

| | |
|---|---|
| 1:04-cv-03123 | ABN AMRO Inc v. Capital Intl Ltd |
| 1:04-cv-03332 | White v. Liebach |
| 1:05-cv-03123 | Gartman v. Uchtman, et al. |
| 1:06-cv-05262 | Blythe Holdings Inc., et al. v. Flawles |
| 1:07-cv-00666 | Phillips v. Allen, et al. |
| 1:07-cv-02883 | Kids Hope USA, Inc. v. Kids Hope United |

1:07-cv-04482   Sizemore v. Value City Department Store
1:07-cv-05945   Trempe v. HBLC, Inc., et al.

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. Robert W. Gettleman

1:03-cv-06508   Freedom Mtge Corp v. Burnham Mtge Ins.
1:05-cv-07213   Wachovia v. Nola
1:06-cv-01383   Babb v. Merisant USA, Inc.
1:06-cv-03048   Harris et al v. Town & Country Credit
1:07-cv-00411   TFI Holdings, Inc. et al v. Whitesell Corp.
1:07-cv-01812   Burns v. Edwards LifeSciences Corp.
1:07-cv-05407   Brown v. Deleon et al
1:07-cv-06112   Martinez v. Haleas et al

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. Joan B. Gottschall

1:05-cv-01095   Heico Companies LLC et al v. Factory Mutual Ins
1:05-cv-05966   Christoph v. BCA, LLC et al
1:06-cv-03132   Sommerfield v. City of Chicago et al
1:07-cv-00938   Berlin Packaging LLC v. El Paso Chile Co.
1:07-cv-02343   Akpulonu v. Cook County et al.
1:07-cv-03620   Phillips vs Taco Bell Corp et al.
1:07-cv-05811   Sedrick v. All Pro Logistics, LLC et al.
1:07-cv-06081   Hornsby v. Crown Castle GT Company et al.

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. Ronald A. Guzman

1:04-cv-00286   Imtiazuddin v. Wells Fargo Fin Acpt
1:06-cv-01694   Travelers Casualty & Surety Company
1:06-cv-05399   Hodgdon v. Northwestern University
1:07-cv-01004   Zatos v. Village Of Palatine et al
1:07-cv-03150   Stewart v. Union of Elevator Constructors Local 2, et al.
1:07-cv-03741   Howard v. Foot Locker Retail, Inc.
1:07-cv-05794   Smith v. Tomaska et al
1:07-cv-05823   Hancock et al v. McGill Construction

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. William J. Hibbler

1:01-cv-04898   Ruffin v. Kane County Sheriff's Department
1:04-cv-03742   Simmons v. City of Chicago
1:05-cv-04548   Ajuluchuku v. Boeing

1:06-cv-04459   Tanita Corporation of America Inc v. Befour, Inc.
1:07-cv-00941   HSBC Mortgage Services Inc. v. David Piccinini, et al.

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. James F. Holderman

1:04-cv-06371   Booker v. City of Chicago
1:05-cv-05244   Caples v. Amistad America Inc
1:06-cv-04585   Gill et al v. Milton et al
1:07-cv-01018   In Re: CitiFinancial Services Inc. (MDL 1818)
    1:05-cv-02263   Hernandez v. CitiFinancial Services, Inc.
    1:07-cv-01019   Chudzikiewicz v. CitiFinancial Services, Inc.
    1:07-cv-01020   Barrett v. CitiFinancial Services, Inc.
    1:07-cv-01021   Forrest v. CitiFinancial, Inc.
    1:07-cv-01146   Hecht v. CitiFinancial Services, Inc.
    1:07-cv-03059   Daniel v. CitiFinancial Services, Inc.
    1:07-cv-03060   Wilson v. CitiFinancial Services
    1:07-cv-03216   Sikes v. CitiFinancial Services, Inc.
    1:07-cv-03217   Matz v. CitiFinancial Services, Inc.
    1:07-cv-04260   Schwartz v. CitiFinancial, Inc.

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. Virginia M. Kendall

1:05-cv-00457   Comm 2000, LLC et al v. Southwestern
1:06-cv-00301   Coleman et al v. County of DuPage et al.
1:06-cv-00676   Homewood Flossmoor Bd of Ed. V. Illinois Bd of Ed
1:06-cv-03173   Paine v. City of Chicago et al
1:07-cv-01816   Dolis v. Chambers et al
1:07-cv-03144   Comerica Bank v. Luna
1:07-cv-04278   ExxonMobil Oil Corporation v. Amex Corp
1:07-cv-05241   Thomas v. Stoudt et al

    Cases to be Reassigned from the Hon. Mark Filip
    To the Hon. Matthew F. Kennelly

1:05-cv-03082   Amakua Development LLC v. Warner et al.
1:06-cv-00777   Pettis v. Village of Riverdale et al
1:06-cv-05611   Liquid Dynamics Corporation v. Vaughn Co.
1:06-cv-06811   Stearney v. Harmon
1:07-cv-02970   Shales et al v. Lanas Construction
1:07-cv-03732   Wausau Business Insurance Company v. Fisher Printing
1:07-cv-04797   Noack v. Time Insurance Co., Inc
1:07-cv-06033   Massey et al v. Wright et

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Joan H. Lefkow

| | |
|---|---|
| 1:03-cv-04388 | Williams v. City of Chicago |
| 1:05-cv-06925 | Harden v. Bethesda Lutheran Homes |
| 1:06-cv-02678 | Govern v. City of Chicago |
| 1:06-cv-07168 | Western Railway Devices Corp. v. Heil Insurance |
| 1:07-cv-01753 | S. P. Richards Company v. Business Supply Corp |
| 1:07-cv-03860 | Laborers' Pension Fund et al v. Surf |
| 1:07-cv-05145 | Velez v. American Airlines, Inc. |
| 1:07-cv-05910 | Blackwell v. City of Chicago |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Harry D. Leinenweber

| | |
|---|---|
| 1:05-cv-02001 | Kaplan v. City Of Chicago |
| 1:06-cv-00398 | Blair v. Cub Shaver Imports Bradley, |
| 1:06-cv-03916 | Boyle v. Liberty Mutual Insurance Co |
| 1:07-cv-00386 | Lumbermens Mutual v Broadspire Management |
| 1:07-cv-02751 | Soltis et al v. Adams et al |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Blanche M. Manning

| | |
|---|---|
| 1:05-cv-02400 | Eisenmann Corp v. Plastech Engineered Products |
| 1:06-cv-03415 | Breakwater Trading LLC v. Herz et al |
| 1:06-cv-03899 | Estate of Mame Abdersnon v. St Joseph Hospital, et al. |
| 1:06-cv-06424 | Semitekol et al v. Monaco Coach Corp |
| 1:07-cv-03172 | Taylor v. Exxon Mobil Corporation et al. |
| 1:07-cv-03694 | Gholson et al v. Lewis et al |
| 1:07-cv-05728 | Grays v. Joliet Junior College et al |
| 1:07-cv-06039 | Pena v. New Rogers Pontiac, Inc. et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. James B. Moran

| | |
|---|---|
| 1:03-cv-02009 | Lieberman v. Budz |
| 1:05-cv-06698 | Seidel v. Byron et al |
| 1:06-cv-03135 | Enriquez et al v. U.S. Cellular et al. |
| 1:07-cv-00005 | Jenkins v. Wheeler et al. |

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Charles R. Norgle

| | |
|---|---|
| 1:05-cv-02375 | Delara v. Federal Express Corp |
| 1:05-cv-06292 | Viereckl v. Ramsey, et al. |

1:06-cv-02558    Empire Fire & Marine Insurance
1:07-cv-01595    Lengerich et al v. Columbia College
1:07-cv-01840    DePaola et al v. C I Host, Inc et al
1:07-cv-04516    Vukovich v. Family Dollar
1:07-cv-05444    Divine Masonry, Inc. et al v. Illinois
    1:07-cv-05729    Popiel et al v. Illinois District Co
1:07-cv-06056    Keeven v. Leading Edge Recovery Solutions

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Rebecca R. Pallmeyer

1:06-cv-01165    Budde v. Kane County Forest Preserve
1:06-cv-04803    JP Morgan Chase Bank v. Heritage Nursing Care
1:06-cv-06550    Araujo v. McDonald's Corporation
1:07-cv-02729    Penny v. Hurt et al
1:07-cv-04521    Mellet v. Village of Norridge
1:07-cv-05764    Central States Pension Fund v. Ohio Teamsters
1:07-cv-05836    Owen v. Choicepoint Workplace Solutions

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Milton I. Shadur

1:04-cv-01851    Premiun Plus Prt v. Davis
1:05-cv-04074    In Re Egan Marine Corp
1:06-cv-05352    Johnson v. Battaglia et al
1:06-cv-06722    Galtney v. Daley et al
1:07-cv-01852    Prendergast v. Chemical Personnel Service
1:07-cv-04234    Biopolymerengineering, Inc. et al v. Biorgin
1:07-cv-05092    Zoretic et al v. Zimmer Inc. et al
1:07-cv-06296    Lattas v. Mercury Cafe, Inc.

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. Amy J. St. Eve

1:05-cv-00607    Moss v. City of Chicago et al
1:05-cv-07290    Mosley v. McDonald's Corporation et al.
1:06-cv-00719    Cole v. DKBM
1:06-cv-02768    Raube v. American Airlines, Inc.
1:07-cv-00850    Martinez v. Ingraffia et al
1:07-cv-02933    Harris et al v. Village of Dolton et al.
1:07-cv-03990    Adelman v. Security Life of Denver
1:07-cv-05360    Rivera et al v. Alliance Window Cleaning, Inc et al.

Cases to be Reassigned from the Hon. Mark Filip
To the Hon. James B. Zagel

| | |
|---|---|
| 1:05-cv-03255 | Holland v. City Chicago et al |
| 1:05-cv-05697 | Beary Landscaping, et al. v. Ludwig |
| 1:07-cv-03339 | BorgWarner Inc. et al v. Hilite International, Inc. et al. |
| 1:07-cv-04008 | Stevenson v. Cook County Department or Corrections |
| 1:07-cv-05272 | Connolly v. First Personal Bank |
| 1:07-cv-06032 | Second National Bank of Warren v. Szpindor |
| 1:07-cv-06435 | Franklin et al v. Law Enforcement Syystems |
| 1:07-cv-06473 | Butler v. Village of Bellwood |