IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Noe Martinez individually, and on behalf of all others similarly situated, )<br>Plaintiff(s), )<br>)<br>Vs. )<br>)<br>)<br>Chicago Police Offier John Haleas (STAR# 6719) )<br>and the CITY OF CHICAGO )<br>)<br>Defendants. ) | 07 C 6112<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Cole |

## MOTION FOR LEAVE TO FILE 1st AMENDED COMPLAINT

NOW COMES PLAINTIFF Noe Martinez individually, and on behalf of all others similarly situated, by and through his attorney(s), Erickson & Oppenheimer, LLC, with the instant motion for leave to file a 1st Amended Complaint, and in support states as follows:

1. Plaintiff(s) filed the original complaint on October 29, 2007.

2. Since the original above mentioned file date, the criminal proceedings were terminated in Plaintiff's favor on November 26, 2007.

Therefore, Plaintiff respectfully requests that this court grant leave to Mr. Martinez to file his 1st Amended Complaint.

Respectfully Submitted,

/s/ Jon Erickson /s/

Jon Erickson    ARDC: 6205277

Erickson & Oppenheimer, LLC
4554 N. Broadway | Suite 325
Chicago, IL 60640 | 773.935.3130