IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOE MARTINEZ, individually, and on behalf of all others similarly situated, Plaintiff(s), v. Chicago Police Officer JOHN HALEAS (STAR# 6719), and the CITY OF CHICAGO, Defendants. | No. 07 C 6112 Judge Robert W. Gettleman Magistrate Judge Cole |

## NOTICE OF MOTION

To:

Gregory Gossett
Terrance Burns
Daniel Noland
Dykema, Gossett, PLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606

Nereim Mardell
City of Chicago Corporation Counsel
30 N. LaSalle St.
Chicago, IL 60602

PLEASE TAKE NOTICE that on, March 27 at 9:15 a.m., before the Honorable Robert W. Gettleman, I will present the attached Motion for a 1st Amended Complaint.

Respectfully,

/s/ Jon Erickson /s/

Jon Erickson ARDC: 6205277

## PROOF OF SERVICE

The undersigned attorney, on oath, states that he served the above notice and the document referred therein, on the above named person(s), by U.S. mail on March 17, 2008.

/s/ Jon Erickson /s/
_____
Jon Erickson ARDC: 6205277

Erickson & Oppenheimer, LLC
4554 N. Broadway | Suite 325
Chicago, IL 60640
773.935.3130