50651-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chicago Police Officer,<br>OFFICER JOHN HALEAS (STAR #6719) and<br>CITY OF CHICAGO,<br><br>Defendants. | No. 07 C 06112<br><br>Judge Robert W. Gettleman |

### DEFENDANT, OFFICER HALEAS' MOTION FOR LEAVE TO FILE SUBSTITUTION OF ATTORNEY

**NOW COMES** Defendant, OFFICER JOHN HALEAS, by and through his attorneys, QUERREY & HARROW, LTD., and moves this Honorable Court for leave to file its Substitution of Attorneys *instanter*, substituting its appearance as attorneys of record for Defendant, OFFICER JOHN HALEAS.

Respectfully submitted,

Defendant, Officer John Haleas

By:    s/ Daniel F. Gallagher
       Daniel F. Gallagher
       Querrey & Harrow, Ltd.
       175 West Jackson Blvd., Suite 1600
       Chicago, IL 60604-2827
       I.D. #0905305

Document #: 1324801