50651-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER HALEAS, et al.<br><br>    Defendant | No. 07 C 06112<br><br>Judge Robert W. Gettleman |

## SUBSTITUTION OF ATTORNEYS

We, the undersigned, hereby withdraw our appearance as attorneys for Defendant, OFFICER HALEAS, in the above captioned cause and consent to a substitution of attorneys.

Dykema Gosset PLLC

By: _/s/ Terrence M Burns_
    Terrence Michael Burns

We, the undersigned, hereby enter our Appearance for Defendant, OFFICER HALEAS.

QUERREY & HARROW, LTD.

By: _/s/ Daniel F. Gallagher_
    Daniel F. Gallagher

Daniel F. Gallagher
QUERREY & HARROW, LTD.
175 W. Jackson Blvd. – Ste. 1600
Chicago, IL 60604
(312) 540-7000
Atty No: 905305

Document #: 1324779