50651-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No. 07 C 6112 |
| v. | Judge Robert W. Gettleman |
| Chicago Police Officer, OFFICER JOHN HALEAS (STAR #6719) and CITY OF CHICAGO, | Magistrate Judge Cole |
| Defendants | |

## NOTICE OF MOTION

To:   All Counsel of Record
      (See attached Service List)

On **May 8, 2008 at 9:15 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Robert Gettleman** or any Judge sitting in his stead, in **Room 1703** or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendant Officer John Haleas' Motion for Leave to File Substitution of Attorneys.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorney for defendant | Officer John Haleas |
| Address | 175 W. JACKSON BLVD., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

I, Daniel F. Gallagher, depose and state that I served this Notice of Filing, together with the documents herein referred, to the above-named party attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 5, 2008.

s/Daniel F. Gallagher

[X]   Under penalties as provided by law pursuant to Ill. Rev. Stat., ch. 110, Sect. 1-109, I certify that the statements set forth herein are true and correct.

50651-DFG
*Noe Martinez v. City of Chicago, et al.*
Cause No: 07 C 6112

## SERVICE LIST

Jon F. Erickson
Michael Oppenheimer
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL  60640
(773) 907-0940
(773) 907-0946 - Fax
*Attorneys for Plaintiff*

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 876-1700
(312) 876-1155 - Fax
*Attorneys for Defendant City of Chicago*