UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| | |
|---|---|
| In the Matter of<br>NOE MARTINEZ, individually and on behalf of all others similarly situated,<br><br>                                      Plaintiff,<br><br>v.<br><br>Chicago Police Officer,<br>OFFICER JOHN HALEAS (STAR #6719) and<br>CITY OF CHICAGO,<br><br>                                      Defendants. | Case<br><br>No.  07 C 6112<br><br>Judge Robert Gettleman<br><br>Magistrate Judge Cole |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICER JOHN HALEAS**

| |
|---|
| **SIGNATURE**<br><br>s/Dominick L. Lanzito |
| **FIRM**<br><br>Querrey & Harrow, Ltd. |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 |

| | |
|---|---|
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6277856 | **TELEPHONE NUMBER**<br>312/540-7000 |

| |
|---|
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?**     YES            NO  X |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?**  YES            NO  X |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?**     YES            NO  X |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>YES         NO  X |
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL**                              **APPOINTED COUNSEL** |