## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6112 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Noe Martinez　V　Officer John Haleas , et al | | |

**DOCKET ENTRY TEXT:**

Leave is granted to Daniel Matthew Noland and Gregory Lawrence Lacey are granted leave to withdraw appearance as counsel for defendant Haleas.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|