IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>OFFICER JOHN HALEAS AND THE CITY OF CHICAGO,<br><br>        Defendants. | Case No.  07 C 6112<br><br>Judge Gettleman<br><br>Magistrate Judge Cole |

## NOTICE OF MOTION

To:    See Attached Certificate of Service

    PLEASE TAKE NOTICE that on June 11, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, in Courtroom 1703, and present the attached **Defendant, City of Chicago's, Motion to Stay.**  A copy of which is hereby served upon you.

Dated: June 6, 2008                        Respectfully submitted,


                            s/ Gregory L. Lacey (ARDC No. 6239392)
Terrence M. Burns                One of the Attorneys for Defendants
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois  60606


CHICAGO\2407811.1
ID\GLL

## CERTIFICATE OF SERVICE

I, Gregory Lacey, an attorney, hereby certify that on June 6, 2008, I caused the foregoing **Defendant, City of Chicago's, Motion to Stay,** to be served by CM/ECF Noticing on the parties listed below:

Jon F. Erickson
Michael Oppenheimer
Erickson & Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, Illinois 60640
(773) 907-0940

                                            s/Gregory L. Lacey  (ARDC No. 6239392)
                                            Gregory L. Lacey