# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

NOE MARTINEZ
v.
OFFICER JOHN HALEAS, et al.

Case Number: 07 C 6112

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITY OF CHICAGO

| |
|---|
| NAME (Type or print)<br>Paul A. Michalik |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Paul A. Michalik |
| FIRM<br>Dykema Gossett PLLC |
| STREET ADDRESS<br>10 S. Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198674 | TELEPHONE NUMBER<br>(312) 876-1700 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ | |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |
|---|

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, I electronically filed the foregoing **Notice of Attorney Appearance** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Jon F. Erickson
Michael Oppenheimer
Erickson & Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, Illinois 60640
773.907-0940 (telephone)

Daniel F. Gallagher
Lawrence S. Kowalczyk
Dominick L. Lanzito
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois 60604
312.540.7000 (telephone)
312.540.0578 (facsimile)

James M. Smith
Richard J. Doherty
Bock & Hatch LLC
134 N. LaSalle Street
Suite 1000
Chicago, Illinois 60602
312.658.5500 (telephone)

s/ Paul A. Michalik
Paul A. Michalik