# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Noe Martinez

                Plaintiff,

v.                                      Case No.: 1:07–cv–06112
                                                   Honorable Robert W. Gettleman

John Haleas, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision and settlement. (gds, ) Mailed notice.

Dated: June 16, 2008

                                                                  /s/ Robert W. Gettleman

                                                                  United States District Judge