IN THE UNITED STATES DISRTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOE MARTINEZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6112 |
| CHICAGO POLICE OFFICER JOHN HALEAS (STAR #6719) and THE CITY OF CHICAGO, | ) ) ) ) | Judge Robert W. Gettleman Magistrate Judge Cole |
| Defendants. | ) ) | |

**INITIAL JOINT STATUS REPORT**

Pursuant to this Court's Standing Order, the parties hereby submit this Joint Status Report following the June 16, 2008 referral of this Case by Judge Gettleman:

1. A copy of the June 16, 2008 referral order is attached as <u>Exhibit A</u>.

2. The claims asserted in this Case are on behalf of a putative class. The class consists of persons who, within the two years prior to the filing of the action, were arrested by Defendant Haleas for Driving Under the Influence pursuant to 625 ILCS 5/11-501, et seq. Plaintiff brings claims pursuant to 42 U.S.C. §1983, including Unlawful Seizure, Due Process and *Monell* and related state claims including False Imprisonment, Malicious Prosecution and *Respondeat Superior*.

3. The relief sought by Plaintiff includes an injunction, money damages and costs and attorneys' fees incurred in the prosecution of this action. An itemization of damages sought by Plaintiff and the class is not yet available, pending discovery in this matter.

4. This matter was referred by Judge Gettleman for the purpose of holding proceedings relating to discovery supervision and settlement. Legal memoranda have been submitted on the matters referred by the District Court in the form of Defendants' Motions to Stay (Docket ## 52 and 56). On June 11, 2008, the Motions to Stay were granted in part and denied in part and the Court stayed merits discovery only. (Docket #62)

5. The parties do not have unanimous consent to the jurisdiction of the Magistrate Judge.

6. The parties have not had any settlement discussions. On June 25, 2008, Plaintiff submitted a settlement demand to Defendants. Defendants have not yet had ample time to respond to Plaintiff's settlement demand.

Dated: June 25, 2008

/s/ James M. Smith
Richard J. Doherty
James M. Smith
Bock and Hatch
134 N. LaSalle, Suite 1000
Chicago, IL 60602
(312) 658-5500

/s/ Larry Kowalczyk (with consent)
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, IL 60604
(312) 540-7000

Dated: June 25, 2008

/s/Gregory L. Lacey (with consent)
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 876-1700