UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Noe Martiinez
                Plaintiff,

v.                                           Case No.: 1:07–cv–06112
                                                      Honorable Robert W. Gettleman

John Haleas, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision and settlement. (gds, ) Mailed notice.

Dated: June 16, 2008

                                                                /s/ Robert W. Gettleman

                                                                United States District Judge