## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Chicago Police Officer JOHN HALEAS (STAR #6719) and the CITY OF CHICAGO,<br><br>Defendants. | Case No.: 07 C 6112<br><br>Judge Robert W. Gettleman<br><br>Magistrate Judge Jeffrey Cole |

### DEFENDANT CITY OF CHICAGO'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, City of Chicago ("City"), by its attorney, Terrence M. Burns of Dykema Gossett PLLC, moves this court for a short enlargement of time to file its answer to plaintiff's complaint. In support thereof, defendant City states:

1. Plaintiff has filed a "Class Action Civil Complaint" in this matter, consisting of 7 counts and 83 paragraphs, not including subparts. (See Dkt. #1).

2. On June 11, 2008, this Court entered an order that granted, in part, defense motions to stay. The Court's order of that date further required that defendants' answers to the complaint be filed by June 25, 2008. (Dkt. #62).

3. Despite their best efforts, counsel for the City have been unable to complete their investigation of the allegations in the complaint and prepare an answer in time to meet the pending due date. Defendant City therefore requests a short extension of 14 days, to and including July 9, 2008, to file its answer to plaintiff's complaint.

4. Counsel for the City is mindful of the importance of court deadlines, and this motion is not brought for purposes of delay or any other improper reason. No party will be prejudiced by the short extension requested.

5.     On June 25, 2008, the undersigned contacted and left a message with plaintiff's counsel, Jon Erickson, to determine if plaintiff had any opposition to the City's request for a short extension. As of the time this motion was filed, Mr. Erickson had not yet returned the call.

WHEREFORE, defendant, City of Chicago, respectfully requests that this Court grant the City a short extension of time, to and including July 9, 2008, to file its answer to plaintiff's complaint.

Dated: June 25, 2008                                    Respectfully submitted,

                                                        s/ Paul A. Michalik
Terrence M. Burns                                       One of the Attorneys for Defendant,
Paul A. Michalik                                        CITY OF CHICAGO
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2008, I electronically filed the foregoing **Defendant City of Chicago's Motion for Enlargement of Time to File Answer to Plaintiff's Complaint** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | |
|---|---|
| Jon F. Erickson<br>Michael Oppenheimer<br>Erickson & Oppenheimer, LLC<br>4554 N. Broadway<br>Suite 325<br>Chicago, Illinois  60640<br>773.907-0940 (telephone) | Daniel F. Gallagher<br>Lawrence S. Kowalczyk<br>Dominick L. Lanzito<br>Querrey & Harrow, Ltd.<br>175 West Jackson Boulevard<br>Suite 1600<br>Chicago, Illinois  60604<br>312.540.7000 (telephone)<br>312.540.0578 (facsimile) |
| James M. Smith<br>Richard J. Doherty<br>Bock & Hatch LLC<br>134 N. LaSalle Street<br>Suite 1000<br>Chicago, Illinois  60602<br>312.658.5500 (telephone) | |

s/ Paul A. Michalik
Paul A. Michalik

CHICAGO\2462830.1
ID\PAM