# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ, individually, and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No.: 07 C 6112<br>)<br>) Judge Robert W. Gettleman |
| Chicago Police Officer JOHN HALEAS (STAR #6719) and the CITY OF CHICAGO, | )<br>) Magistrate Judge Jeffrey Cole<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:   Counsel of Record

   PLEASE TAKE NOTICE that on **Tuesday**, **July 8, 2008** at **9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Robert W. Gettleman**, in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendant City of Chicago's Motion for Enlargement of Time to File Answer to Plaintiff's Complaint**.

Dated: June 25, 2008                    Respectfully submitted,

                            s/ Paul A. Michalik
Terrence M. Burns                One of the Attorneys for Defendant,
Paul A. Michalik                 CITY OF CHICAGO
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

Jon F. Erickson
Michael Oppenheimer
Erickson & Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, Illinois  60640
773.907-0940 (telephone)

Daniel F. Gallagher
Lawrence S. Kowalczyk
Dominick L. Lanzito
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois  60604
312.540.7000 (telephone)
312.540.0578 (facsimile)

James M. Smith
Richard J. Doherty
Bock & Hatch LLC
134 N. LaSalle Street
Suite 1000
Chicago, Illinois  60602
312.658.5500 (telephone)

s/ Paul A. Michalik
Paul A. Michalik

CHICAGO\2462844.1
ID\PAM