50651-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

NOE MARTINEZ, individually,
and on behalf of all others
similarly situated,

          Plaintiff,

            v.

Chicago Police Officer
OFFICER JOHN HALEAS (STAR# 6719)
and CITY OF CHICAGO

          Defendants

No. 07 CV 6112

Judge Robert Gettleman

Magistrate Judge Jeffrey Cole

## NOTICE OF FILING

To:     All Counsel of Record
        (See attached Service List)

     PLEASE TAKE NOTICE THAT on June 25, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **Defendant John Haleas' Answer to Plaintiff's Complaint At Law.**

          Defendant, Officer John Haleas

        By:    s/Daniel F. Gallagher
              Daniel F. Gallagher
              Querrey & Harrow, Ltd.
              175 West Jackson Blvd., Suite 1600
              Chicago, IL  60604-2827
              (312) 540-7000
              I.D. #0905305

## PROOF OF SERVICE

     I, Daniel F. Gallagher, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on June 25, 2008.

[x]     Under penalties as provided by law pursuant
        to ILL. REV. STAT CHAP. 110, SEC. 1-109,
        I certify that the statements set forth herein
        are true and correct.

                  s/Daniel F. Gallagher

50651-DFG
*Noe Martinez. v. Haleas, et al.*
*Cause No:  07 CV 6112*

## SERVICE LIST

Jon F. Erickson
Michael Oppenheimer
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL  60640
(773) 907-0940
(773) 907-0946 - Fax
***Attorneys for Plaintiff***

Terrence M. Burns
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 876-1700
(312) 876-1155 - Fax
***Attorneys for Defendant City of Chicago***

2