**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Noe Martiez
       Plaintiff,

v.             Case No.: 1:07−cv−06112
               Honorable Robert W. Gettleman

John Haleas, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

   MINUTE entry before the Honorable Jeffrey Cole:Status hearing held and continued to July 28, 2008 at 8:30 a.m. Class discovery which is not stayed shall proceed as follows: Parties are to have a Rule 26 Conference by July 7, 2008 and Rule 26 responses shall be provided by July 14, 2008. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.