UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Noe Martinez )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>John Haleas, et al. )<br>)<br>Defendants. )<br>) | CASE NO.  1:07 CV 06112 |

### **MEMO IN SUPPORT OF MOTION TO QUASH SUBPOENA**

Rule 45(b)(2) provides:

> Subject to Rule 45(c)(3)(A)(ii), a subpoena may be served at any place:
>
> (A) within the district of the issuing court;
>
> (B) outside that district but within 100 miles of the place specified for the deposition, hearing, trial, production, or inspection;
>
> (C) within the state of the issuing court if a state statute or court rule allows service at that place of a subpoena issued by a state court of general jurisdiction sitting in the place specified for the deposition, hearing, trial, production, or inspection; or
>
> (D) that the court authorizes on motion and for good cause, if a federal statute so provides.

Rule 45(c)(3) provides:

> On timely motion, the issuing court must quash or modify a subpoena that:
> ***
>
> (ii) requires a person who is neither a party nor a party's officer to travel more than 100 miles from where that person resides, is employed, or regularly transacts business in person — except that, subject to Rule 45(c)(3)(B)(iii), the person may be commanded to attend a trial by traveling from any such place within the state where the trial is held;
>
> (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
>
> (iv) subjects a person to undue burden.

(emphasis added)

Mark Postal lives in St. Louis, Missouri, works for Intoximeters which is located in St. Louis, and was served at Intoximeters, Inc.'s place of business in St. Louis.  Thus, Plaintiff's subpoena was clearly served outside of the territorial limits of Rule 45(b)(2) and calls for Mark Postal to travel more than 100 miles from where he resides, is employed, or regularly transacts business in person as prohibited by Rule 45(c)(3)(ii).  (Exhibit A to Motion to Quash) Therefore, the Court must quash the subpoena because it was invalidly served and because there is no "modification" that would satisfy the 100 mile limitation. *In re Guthrie*, 733 F.2d 634 (4th Cir. 1984)(When a subpoena is served outside of the territorial limits set by Rule 45, it must be quashed for improper service.); *Miller v. Holzmann*, 471 F.Supp.2d 119 (D.C. 2007)(Subpoena could not compel witnesses who resided over 100 miles away to appear and produce documents).

Movant further notes that even if the subpoena were validly served and did not compel Movant to travel an excessive distance, it would still be improper.  Plaintiff's Complaint concerns alleged police misconduct.  There is no dispute that when Plaintiff took the breathalyzer test, the result was "insufficient breath," which does not result in a blood alcohol reading (¶ 18 of Plaintiff's Complaint).  Plaintiff's Complaint raises no issue concerning the accuracy of the machine.  Therefore, Plaintiff's document request is not relevant to any issue in the present suit.

Further, Movant is not the records custodian for Intoximeters, Inc. and does not have ownership or control of most of the documents sought by the subpoena.  Plaintiff's document request is also extremely overbroad.  For example, paragraph 6 requests all communications (presumably with anyone) concerning the "subject breathalyzers."  Plaintiff's request includes information which is proprietary and confidential.  Finally, if any of the information sought were relevant and discoverable, Plaintiff could obtain the same from the City of Chicago, which is a

party hereto, rather than imposing an undue burden on a non-party.

WHEREFORE, the Movant respectfully requests that the Court quash the attached subpoena as required by Rule 45.

                               MARK POSTAL

                               By: /s/ Morgan J. Milner
                               One of his attorneys

Joseph J. Hasman
Morgan J. Milner
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
312.281.3600 Telephone
312.281.3678 Facsimile
mmilner@cmn-law.com

*Certificate of Service*

I hereby certify that on **July 18, 2008** I electronically filed the foregoing Memo in Support of Motion to Quash Subpoena, with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

Brendan Shiller
Law Offices of Brendan Shiller, LLC
4544 N. Broadway
#325
Chicago, IL 60640
(773)907-0940
Email: brendan@shillerlaw.com

James Michael Smith
Bock & Hatch LLC
134 N. LaSalle St.
Suite 1000
Chicago, IL 60602
(312) 6585500
Email: jim@bockhatchllc.com

Richard Joseph Doherty
Bock & Hatch, LLC
134 N. LaSalle Street
Suite 1000
Chicago, IL 60602
(312) 658-5500
Email: rich@bockhatchllc.com

Franco S LaMarca
Erickson & Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640
773-935-3130
Email: fslamarca@aol.com

Jon F Erickson
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640

(773) 907-0940
Email: jonferik@gmail.com

Michael Oppenheimer
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640
(773) 907-0940
Email: michaeloppenheimer@hotmail.com

Daniel Francis Gallagher
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: dgallagher@querrey.com

Terrence Michael Burns
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: tburns@dykema.com

Daniel Matthew Noland
Dykema Gossett PLLC IL
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: dnoland@dykema.com

4

Dominick L Lanzito
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7592
Email: dlanzito@querrey.com

Gregory Lawrence Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Fax: (866) 738-9049
Email: glacey@dykema.com

Lawrence S. Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: lkowalczyk@querrey.com

Mary Elizabeth McClellan
Querrey & Harrow
175 West Jackson Suite 1600
Chicago, IL 60604
312-540-7516
Fax: 312-540-0578
Email: mmcclellan@querrey.com

Paul A O'Grady
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7000
Email: pogrady@querrey.com

Terrence Franklin Guolee
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544
Email: tguolee@querrey.com

Terrence Michael Burns
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544

Daniel Matthew Noland
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544

Gregory Lawrence Lacey
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544

Paul A. Michalik
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: pmichalik@dykema.com