UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Noe Martinez, | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 1:07 CV 06112 |
| John Haleas, et al. | ) ) |
|       Defendants. | ) ) |

### RE-NOTICE OF MOTION

**To:**   See Attached Service List.

**PLEASE TAKE NOTICE** that on the **28th** day of **July, 2008**, at **8:30 a.m.** or as soon thereafter as this motion may be heard, I shall appear before the Honorable **Judge Jeffrey Cole** or any Judge sitting in his place or stead, in the courtroom usually occupied by him in the Northern District of Illinois, Eastern Division, **Room 1838**, and then and there present the attached **Mark Postal's Motion to Quash Subpoena,** a copy of which is hereby being served upon you.

**DATED** this **21st** day of **July, 2008.**

                                                                      Respectfully submitted,

                                                                       MARK POSTAL**,**


                                              By:   __s/Morgan J. Milner____
                                                                        One of his Attorneys

Joseph J. Hasman
Morgan J. Milner
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
312.281.3600 Telephone
312.281.3678 Facsimile
mmilner@cmn-law.com

*Certificate of Service*

I hereby certify that on **July 21, 2008** I electronically filed the foregoing Notice of Motion, with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system which sent notification of such filing to the following CM/ECF registered participants:

See Attached Service List.

## SERVICE LIST

Brendan Shiller
Law Offices of Brendan Shiller, LLC
4544 N. Broadway
#325
Chicago, IL 60640
(773)907-0940
Email: brendan@shillerlaw.com

James Michael Smith
Bock & Hatch LLC
134 N. LaSalle St.
Suite 1000
Chicago, IL 60602
(312) 6585500
Email: jim@bockhatchllc.com

Richard Joseph Doherty
Bock & Hatch, LLC
134 N. LaSalle Street
Suite 1000
Chicago, IL 60602
(312) 658-5500
Email: rich@bockhatchllc.com

Franco S LaMarca
Erickson & Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640
773-935-3130
Email: fslamarca@aol.com


Jon F Erickson
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640
(773) 907-0940
Email: jonferik@gmail.com

Michael Oppenheimer
Erickson and Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, IL 60640
(773) 907-0940
Email: michaeloppenheimer@hotmail.com

Daniel Francis Gallagher
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: dgallagher@querrey.com

Terrence Michael Burns
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: tburns@dykema.com


Daniel Matthew Noland
Dykema Gossett PLLC IL
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: dnoland@dykema.com

Dominick L Lanzito
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7592
Email: dlanzito@querrey.com

Gregory Lawrence Lacey
Dykema Gossett PLLC
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700

Fax: (866) 738-9049
Email: glacey@dykema.com

Lawrence S. Kowalczyk
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
(312) 540-7000
Email: lkowalczyk@querrey.com

Mary Elizabeth McClellan
Querrey & Harrow
175 West Jackson Suite 1600
Chicago, IL 60604
312-540-7516
Fax: 312-540-0578
Email: mmcclellan@querrey.com

Paul A O'Grady
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7000
Email: pogrady@querrey.com

Terrence Franklin Guolee
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544
Email: tguolee@querrey.com

Terrence Michael Burns
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544

Daniel Matthew Noland
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544

Gregory Lawrence Lacey
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604
(312) 540-7544

Paul A. Michalik
Dykema Gossett Rooks Pitts PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: pmichalik@dykema.com