## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6112 | **DATE** | 7/28/2008 |
| **CASE TITLE** | Martinez vs. Haleas | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/8/08 at 8:30 a.m. Motion hearing held. Mark Postal's motion to quash subpoena [75] is granted.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|