IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Noe Martinez, on behalf of class, | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 07 cv 06112 |
| | ) | |
| | ) | Honorable Judge Gettleman |
| The City of Chicago, et. al. | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on September 4, 2008, at 9:15 AM, before the Honorable Judge Gettleman, I will present the attached **MOTION TO WITHDRAW**, copies of which will be submitted electronically to Defendants' counsels via ECF.

Respectfully submitted,

/s/Franco S. La Marca

_____

Franco S. La Marca, Esq.

**PROOF OF SERVICE**

I, Franco S. La Marca, an attorney, on oath state that I served the above notice and the document referred therein, to Defendants' counsels electronically via ECF on August 27, 2008.

/s/Franco S. La Marca

_____

Franco S. La Marca, Esq.