IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOE MARTINEZ, individually, and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) ) vs. ) ) Chicago Police Officer JOHN HALEAS ) (STAR #6719) and the CITY OF CHICAGO, ) ) Defendants. ) | Case No.: 07 C 6112 Judge Robert W. Gettleman Magistrate Judge Jeffrey Cole |

### DEFENDANT CITY OF CHICAGO'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION

Defendant, City of Chicago ("City"), by its attorney, Terrence M. Burns of Dykema Gossett PLLC, for its Response to Plaintiff's Request for Production, state as follows:

### REQUEST NO.1

Documents containing, describing, or reflecting Your policies and procedures regarding the destruction or retention of Documents, electronic data, or other information.

**RESPONSE:** **The City directs Plaintiff's to documents identified by Bates Nos. NXM 00181 – NXM 00200. Investigation continues.**

### REQUEST NO.2

All documents identified in Your answers to Plaintiff's interrogatories.

**RESPONSE:** **The documents referenced in response to the City's Answers to Plaintiff's Interrogatories will be produced to Plaintiff subject to the entry of an agreed upon Protective Order between the City and Plaintiff in this case.**

### REQUEST NO.3

All documents relied upon by You in formulating Your answers to Plaintiff's Interrogatories.

**RESPONSE:** **The City objects to this request to the extent that this request seeks information protected from disclosure pursuant to the attorney-client communication privilege or work product doctrine. Subject to and without waiving**

the foregoing objections, see documents identified by Bates Nos. NXM 00001 – NXM 00180. Additionally, other documents responsive to this request will be produced to Plaintiff subject to the entry of an agreed upon Protective Order between the City and Plaintiff in this case.

## REQUEST NO.4

Documents describing, or created pursuant to any lawsuits, arbitrations, mediation or other formal disputes regarding Defendant Haleas.

> **RESPONSE:** The City objects to this interrogatory on the grounds that it seeks information protective from disclosure by the attorney-client communication privilege and work product doctrine. The City further objects to this request to the extent it seeks information beyond the scope of discovery permitted by Judge Gettleman in this matter and is not reasonably calculated to lead to the discovery of admissible evidence pertaining to class discovery. Specifically, by Court order dated June 11, 2008, Judge Gettleman stayed discovery on the merits and only permitted Plaintiff to proceed with class discovery. This request seeks discovery on topics beyond class discovery and is hereby objected to by the City. The City further objects on the grounds that this request seeks documents which are in the public domain (*e.g.* documents relative to other lawsuits filed against Officer Haleas that are retrievable through the Northern District of Illinois Pacer/ECF system) and are equally available to the public, including Plaintiff and Plaintiff's counsel. These civil lawsuits include, but are not limited to *Almaraz v. Haleas, et al.*, 07 C 6134; *Noe Martinez v. Haleas, et al.*, 07 C 6112; *Moises Morales v. City of Chicago, et al.*, 07 C7243; *Diaz v. Haleas, et al.*, 08 C 805; *Cruz, et al., v. City of Chicago, et al.*, 08 C 2087; *Julio Martinez v. Haleas, et al.*, 08 C 1014; *Gomez v. Bemis*, 08 C 1686; and *Arreola v. Haleas, et al.*, 08 C 2802. Subject to and without waiving the foregoing objections, the City directs Plaintiff to closed Complaint Register ("CR") Nos. 305652, 309324, 311795, 1000085 and 1000504, of incidents from 2005 – 2007, which will be produced to Plaintiff subject to the entry of an agreed upon Protective Order between the City and Plaintiff in this case.

## REQUEST NO.5

Documents describing, or created pursuant to any consumer or citizen group or organization's inquiry or investigation into any actions of Defendant Haleas with respect to the arrest of persons for Driving Under the Influence pursuant to 625 ILCS 5/11-501, et seq. ("DUI")

> **RESPONSE:** The City objects to this request on the grounds that it is vague and ambiguous. Subject to and without waiving the foregoing objections, the City is not aware of any consumer or citizen group or organization's inquiry or investigation into any actions of misconduct by Haleas. Investigation continues.

## REQUEST NO.6

2

Documents describing or created pursuant to any government agency's inquiry or investigation into any actions of Defendant Haleas with respect to the arrest of persons for DUI.

**RESPONSE:** **The City directs Plaintiff to CR Nos. 305652, 311795 and 1000085 which will be produced to Plaintiff subject to the entry of an agreed upon Protective Order between the City and Plaintiff in this case.**

### REQUEST NO.7

Documents relating to the training of Police Officers in handling an arrest for DUI.

**RESPONSE:** **The City directs Plaintiff to documents identified by Bates Nos. NXM 00001 – NXM 00180.**

Dated: July 29, 2008                                    Respectfully submitted,

                                                        /s/ [signature]
                                                        _____

Terrence M. Burns                                       One of the Attorneys for Defendant,
Paul A. Michalik                                        CITY OF CHICAGO
Daniel M. Noland
Gregory L. Lacey
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700 (telephone)
(312) 876-1155 (fax)

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I served the foregoing **Defendant City of Chicago's Answer to Plaintiff's Request for Production** via facsimile to the following counsel filing on the same day to:

Jon F. Erickson
Michael Oppenheimer
Erickson & Oppenheimer, LLC
4554 N. Broadway
Suite 325
Chicago, Illinois 60640
773.907-0940 (telephone)

Daniel F. Gallagher
Lawrence S. Kowalczyk
Dominick L. Lanzito
Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, Illinois 60604
312.540.7000 (telephone)
312.540.0578 (facsimile)

James M. Smith
Richard J. Doherty
Bock & Hatch LLC
134 N. LaSalle Street
Suite 1000
Chicago, Illinois 60602
312.658.5500 (telephone)

_____
Gregory L. Lacey

4

CHICAGO\2475707.2
ID\GLL