**IN THE UNITED STATES DISRTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NOE MARTINEZ, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 07 C 6112 |
| CHICAGO POLICE OFFICER JOHN HALEAS (STAR #6719) and THE CITY OF CHICAGO, | ) ) ) ) | Judge Robert W. Gettleman   Magistrate Judge Cole |
| Defendants. | ) | |

**NOTICE OF MOTION**

      PLEAST TAKE NOTICE that on **September 8, 2008 at 8:30 a.m.**, counsel for Plaintiff shall appear before the Honorable Magistrate Judge Jeffrey Cole or any judge sitting in his stead in the courtroom usually occupied by him (Room 1838) of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present **Plaintiff's Motion to Compel Discovery**, a copy of which motion is filed and served upon you.

                                   Respectfully submitted,

                  By:       s/ James M. Smith

                              One of Plaintiff's Attorneys

Richard J. Doherty
James M. Smith
**BOCK & HATCH, LLC.**
134 N. LaSalle Street
Suite 1000
Chicago, IL 60602
Telephone: (312) 658-5500

Jon F. Erickson
Michael Oppenheimer
**ERICKSON AND OPPENHEIMER, LLC.**
4554 N. Broadway
Suite 325
Chicago, IL 60640
Telephone: (773) 907-0940