Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6112 | **DATE** | 9/8/2008 |
| **CASE TITLE** | Martinez vs. Haleas | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held. Plaintiff's motion to compel discovery from the City of Chicago [83] is entered and continued to 9/12/08 at 8:30 a.m.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|