# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6112 | **DATE** | 9/9/2008 |
| **CASE TITLE** | Noe Martinez     vs     John Haleas, City of Chicago | | |

**DOCKET ENTRY TEXT:**

Motion [81] of Franco S. LaMarca for leave to withdraw as attorney for plaintiff is granted.

[Docketing to Mail Notices]

00:00

| | Courtroom Deputy Initials: | GDS |
|---|---|---|