## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6112 | **DATE** | 9/12/2008 |
| **CASE TITLE** | Martinez vs. Haleas | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Status hearing is set for 10/21/08 at 10:00 a.m.  Plaintiff's motion to compel [83] is granted as follows: The City is required to give names of arrestees and arrest reports signed by Officer Haleas, for a period of six months before and six months afer June 7, 2007, subject to confirmation by the City that he in fact was not on furlough during those periods of time.  Production should begin immediately and it should be a rolling production.

Docketing to mail notices.

00:50

| | Courtroom Deputy Initials: | CDH |
|---|---|---|